UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>ELIEZER ELIOTT NIEVES<br><br><br>Debtor(s) | BK No.: 15-07209<br><br>Chapter: 7<br>Honorable Donald R. Cassling<br>Kane |

**ORDER FINDING BLATT, HASENMILLER, LEIBSKER & MOORE AND DELL FINANCIAL SERVICES, LLC IN DEFAULT AND SETTING DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 362(K)(1) SEEKING DAMAGES FROM BLATT, HASENMILLER, LEIBSKER & MOORE AND DELL FINANCIAL SERVICES, LLC FOR VIOLATIONS OF THE AUTOMATIC STAY**

THIS CAUSE, coming to be heard on DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 362(K)(1) SEEKING DAMAGES FROM BLATT, HASENMILLER, LEIBSKER & MOORE AND DELL FINANCIAL SERVICES, LLC FOR VIOLATIONS OF THE AUTOMATIC STAY, due notice having been given and the Court being advised in the premises; IT IS HEREBY ORDERED;

1. BLATT, HASENMILLER, LEIBSKER & MOORE and DELL FINANCIAL SERVICES, LLC are found in default for failure to appear and/or respond to the DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 362(K)(1) SEEKING DAMAGES FROM BLATT, HASENMILLER, LEIBSKER & MOORE AND DELL FINANCIAL SERVICES, LLC FOR VIOLATIONS OF THE AUTOMATIC STAY pursuant to Federal Rule of Bankruptcy Procedure 7055 and all allegations contained in DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 362(K)(1) SEEKING DAMAGES FROM BLATT, HASENMILLER, LEIBSKER & MOORE AND DELL FINANCIAL SERVICES, LLC FOR VIOLATIONS OF THE AUTOMATIC STAY are admitted by BLATT, HASENMILLER, LEIBSKER & MOORE and DELL FINANCIAL SERVICES, LLC.

2. A Prove Up Hearing as to Damages will be held by this Court on January 5, 2016 at 1:00 p.m. as to BLATT, HASENMILLER, LEIBSKER & MOORE and DELL FINANCIAL SERVICES, LLC

3. Debtor's Counsel will serve this order and file Proof of Service by December 1, 2016.

Enter:

*/s/ Donald R. Cassling/*

Dated: **18 NOV 2015**

United States Bankruptcy Judge

**Prepared by:**
Paul M. Bach ARDC #6209530
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181

Rev: 20120209_bko